(No. 22462.—)

THE TURNVEREIN "EICHE," *vs.* THE BOARD OF APPEALS OF COOK COUNTY.—(THE STATE TAX COMMISSION, Applicant.) *Opinion filed December 20, 1934.*

SHAW, J., specially concurring.

OTTO KERNER, Attorney General, (WILLIAM G. WORTHEY, of counsel,) for the State Tax Commission.

JACOB SCHUG, and MARTIN PIEPENBURG, for the Turnverein "Eiche."

Per CURIAM: This is an appeal from an order of the board of appeals of Cook county filed in this court pursuant to section 35*e* added in 1932 to the general Revenue act of 1898. (Laws of 1931-32, p. 81.) Turnverein "Eiche" is a corporation not for profit existing in the city of Chicago, which claims that its property is exempt from taxation.

This case is controlled by the decisions in *North Chicago Hebrew Congregation* v. *Board of Appeals,* (*ante,* p. 549,) and *Eli Bates House* v. *Board of Appeals,* (*post,* p. 596.) In accordance with those decisions this proceeding is dismissed.

*Proceeding dismissed.*

Mr. JUSTICE SHAW, specially concurring: I agree with the result, only, for the reasons given in my special concurrence in *North Chicago Hebrew Congregation* v. *Board of Appeals,* (*ante,* p. 549.)